# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2009

137569

SUSAN ZIEGLER,
      Plaintiff-Appellant,

v

DESIREE AUKERMAN, W.A. FOOTE
MEMORIAL HOSPITAL, DONNA
BROWN, D.O., and DANIEL JONOSHIES,
      Defendants-Appellees.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 137569
COA: 277602
Jackson CC: 06-006136-NO

_____/

On order of the Court, the application for leave to appeal the September 16, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2009

_____
Clerk

s0120